IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Lee Ethel Manning, | ) | C/A: 3:14-3978-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| The Lincoln National Life Insurance Company, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) ) | |

This action was filed in the original jurisdiction of this court and the civil cover sheet that accompanied the complaint indicates that the action is brought pursuant to the provisions of the Employee Retirement Income Security Act (ERISA). The allegations of the complaint, however, do not indicate that the life insurance policy at issue was part of an employee benefit plan so as to trigger coverage under ERISA. Moreover, the complaint contains allegations for negligence and bad faith, which are clearly not proper claims under ERISA.

For the foregoing reasons, the plaintiff is directed to file an amended complaint, setting forth the basis for this court's jurisdiction within the body of the complaint.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

October 22, 2014  Joseph F. Anderson, Jr.
Columbia, South Carolina  United States District Judge